■■■ KELLY DeLUCAS, as Parent and Natural Guardian of ZACHARY FLORES, Respondent, v CITY OF LOCKPORT SCHOOL DISTRICT et al., Appellants. [893 NYS2d 783]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello,

III, J.), entered January 30, 2009 in a personal injury action. The order denied the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Pine and Gorski, JJ.